**Alexander GARCIA–RIVERA,**
**Petitioner,**

v.

**DEPARTMENT OF VETERANS**
**AFFAIRS, Respondent.**

No. 2009–3014.

United States Court of Appeals, Federal Circuit.

Jan. 23, 2009.

Alexander Garcia–Rivera, San Juan, PR, pro se.

Jane C. Dempsey, Department of Justice, Washington, DC, for Respondent.

**ORDER**

Petitioner having filed the required Statement Concerning Discrimination, and having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby

are, VACATED and RECALLED, and the petition for review is REINSTATED.

The respondent should compute the due date for filing its brief from the date of filing of this order.